IN THE COURT OF APPEALS

7/29/97

OF THE

STATE OF MISSISSIPPI

NO. 95-CA-00868 COA

EVELENE COLEMAN APPELLANT

v.

MISSISSIPPI FARM BUREAU INSURANCE

COMPANY; ROGERS MCKINNEY AND JEH ENTERPRISES

INC. APPELLEES

PER CURIAM AFFIRMANCE MEMORANDUM OPINION

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION AND

MAY NOT BE CITED, PURSUANT TO M.R.A.P. 35-B

TRIAL JUDGE: HON. JOHN LESLIE HATCHER

COURT FROM WHICH APPEALED: BOLIVAR COUNTY CIRCUIT COURT

ATTORNEYS FOR APPELLANT: MICHAEL T. LEWIS

PAULINE S. LEWIS

KENNETH CHARLES MILLER

ATTORNEY FOR APPELLEES: WILLIAM G. WILLARD JR.

NATURE OF THE CASE: GARNISHMENT ACTION

TRIAL COURT DISPOSITION: SUMMARY JUDGMENT GRANTED IN FAVOR OF APPELLEE - MRCP 56

CERTIORARI FILED: 10/2/97

BEFORE THOMAS, P.J., DIAZ, AND PAYNE, JJ.

PER CURIAM.

The Bolivar County Circuit Court granted summary judgment in favor of the Appellees, Rogers McKinney and JEH Enterprises, Inc. and the Mississippi Farm Bureau Insurance Company. Aggrieved, Evelene Coleman (Coleman) appeals to this Court asserting that the lower court erred in granting summary judgment to the Appellees. After reviewing the briefs and the record on appeal, we conclude that the trial court was correct in granting summary judgment for the reasons stated in its opinion dated August 16, 1995 which is attached to this opinion. Finding no merit to this appeal, we affirm the judgment.

**THE JUDGMENT OF THE BOLIVAR COUNTY CIRCUIT COURT IS AFFIRMED. COSTS OF THIS APPEAL ARE TAXED TO THE APPELLANT.**

**BRIDGES, C.J., McMILLIN AND THOMAS, P.JJ., COLEMAN, DIAZ, HERRING, HINKEBEIN, KING, PAYNE, AND SOUTHWICK, JJ., CONCUR.**